# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Colbert Packaging Corp | 11/25/2022 | 266149 | Check | $ 31,535.18 |
| Akorn Operating Company, LLC | Colbert Packaging Corp | 11/29/2022 | 266273 | Check | $ 39,757.43 |
| Akorn Operating Company, LLC | Colbert Packaging Corp | 12/9/2022 | 266379 | Check | $ 128,084.15 |
| Akorn Operating Company, LLC | Colbert Packaging Corp | 12/16/2022 | 266540 | Check | $ 48,084.14 |
| Akorn Operating Company, LLC | Colbert Packaging Corp | 1/6/2023 | 266906 | Check | $ 111,226.28 |
| Akorn Operating Company, LLC | Colbert Packaging Corp | 1/12/2023 | 266982 | Check | $ 81,428.37 |
| Akorn Operating Company, LLC | Colbert Packaging Corp | 2/9/2023 | 267169 | Check | $ 112,467.16 |
| Akorn Operating Company, LLC | Colbert Packaging Corp | 2/13/2023 | 267334 | Check | $ 24,651.67 |
| Akorn Operating Company, LLC | Colbert Packaging Corp | 2/15/2023 | 267284 | Check | $ 17,625.60 |
| | | | | | $ 594,859.98 |